IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 31 2011
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  Criminal No.: 3:11CR18 HTW-FKB

SHARRON DIXON HAYNES

**The United States Attorney charges**:

That beginning on or about June 01, 2009 and continuing through on or about July 15, 2009, in Hinds County, in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **SHARRON DIXON HAYNES**, during the election held by the National Association of Letter Carriers, Branch 217, a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code, did make and cause to be made to the United States Department of Labor false statements and representations of material fact in the aforesaid union's records concerning her eligibility to hold elected office within said labor union, to be submitted to the United States Department of Labor and maintained by the said labor organization as required under Sections 431 and 436, Title 29, United States Code, in that Defendant **HAYNES** knowingly and falsely certified in writing that she had not worked as a supervisor for the 24 months prior to October 09, 2008, and thus was qualified to stand for elected office in the aforesaid labor union, when in truth and fact the Defendant well knew that she had worked as a supervisor in or about May 2008 and was precluded from candidacy for such office under the labor union's constitution, by-laws, and election regulations, all in violation of Section 439(b), Title 29, United States Code.

_____
JOHN M. DOWDY, JR.
United States Attorney